RECEIVED
MAY - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARRETT LANDRY, ET AL | : | DOCKET NO. 2:15-cv-290 |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| ALXIAL CORP., ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein [doc.46], these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that defendant John Manns be **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, this 1st day of May, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE